```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )   CR-09-027-JLQ
                             )
     vs.                     )   ORDER ON DEFENDANT'S
                             )   MOTION TO MODIFY
FRANK MURINKO,               )   RELEASE CONDITIONS
                             )   AND MOTION TO EXPEDITE
              Defendant.     )
                             )
```

Before the court is Defendant's Motion to Modify Release Condition 29 from the court's Order dated March 12, 2009, to change his residence from his mother-in-law's residence to his family home. Defendant's family home has been prepared in accordance with the Court's order dated March 12, 2009, including a land-line telephone for electronic home monitoring use, the removal of computers with internet access, and all cell phones in the house have been disabled from being able to connect to the Internet. Defendant further requested that his Motion be expedited as he wishes to return home as soon as possible. Neither the assigned United States Probation Officer nor AUSA Stephanie Lister have an objection to the modification.

**IT IS ORDERED**, for good cause shown, that the Defendant's Motions to modify release and to expedite **(Ct. Rec. 28)** are

ORDER ON DEFENDANT'S MOTION TO MODIFY
RELEASE CONDITIONS AND MOTION TO EXPEDITE - 1

1  **GRANTED**.  The court's Order setting release conditions is
2  **MODIFIED** to allow Defendant to change his address.  All other
3  conditions shall remain the same.
4       DATED April 9, 2009.
5
6                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE
7

27 ORDER ON DEFENDANT'S MOTION TO MODIFY
   RELEASE CONDITIONS AND MOTION TO EXPEDITE - 2