UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-09-027-JLQ |
| Plaintiff, ) | |
| ) | ORDER DENYING DEFENDANT'S |
| v. ) | MOTION TO MODIFY |
| ) | |
| FRANK MURINKO, ) | |
| ) | |
| Defendant. ) | |

At the June 23, 2009, hearing on Defendant's Motion to Modify Conditions of Release entered March 12, 2009, Defendant appeared with counsel Kailey Moran. Assistant U.S. Attorney Stephanie Lister represented the United States. Defendant requests that the court modify condition No. 23 to allow him to have unsupervised contact with his children. Defendant states that his children, ages 16, 15, and 11, will be home for the summer months when summer vacation starts on June 17, 2009. Defendant and his spouse have work schedules where Defendant would be home several hours per day while his spouse is at work. Because Defendant is on electronic home monitoring, he is required to be at home for the hours that he is not otherwise approved to be out of the house for work or other approved activities. There are no allegations involving his children. .

**IT IS ORDERED** that Defendant's Motion **(Ct. Rec. 33)** is **DENIED**. However, defendant may arrange through Pretrial Services to be at

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1

his mother-in-law's home (or arrangements may be made for his daughter to be away during those hours) so as to avoid violation of the conditions of release of no unsupervised contact.

IT IS SO ORDERED.

DATED June 23, 2009.

s/ CYNTHIA IMBROGNO<br>
UNITED STATES MAGISTRATE JUDGE