PROB 12C
(6/16)

Report Date: March 17, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Frank Murinko | Case Number: 0980 2:09CR00027-JLQ-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: December 3, 2009

| | |
|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B); Transportation of Child Pornography, 18 U.S.C. § 2252(a)(1); Forfeiture, 18 U.S.C. § 2253 |
| Original Sentence: | Prison 80 months; TSR - 180 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie J. Lister |
| Date Supervision Commenced: | August 1, 2016 |
| Defense Attorney: | Federal Defenders Office |
| Date Supervision Expires: | July 31, 2031 |

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/18/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 4 | **Special Condition # 22**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer. |

**Supporting Evidence**: Frank Murinko violated mandatory condition number 2 and special condition number 22 by failing to register as a sex offender in the state in which he was residing, in violation of Federal law.

According to the indictment filed in the Eastern District of Washington under case 2:17-CR-00024-TOR-1, on or about January 20, 2017, and continuing to on or about February 7, 2017, Mr. Murinko did knowingly fail to register and update a registration, in violation of 18 U.S.C. § 2250(a).

Prob12C
Re: Murinko, Francis Edward
March 17, 2017
Page 2

In addition, the undersigned officer contacted the Spokane County Sheriff's Office on January 23, 2017, and confirmed that the offender did not register any new address with their office.

5　　**Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Frank Murinko violated standard condition number 1 by failing to gain permission from the Court or his probation officer prior to leaving the Eastern District of Washington on or about February 7, 2017.

Mr. Murinko was arrested on his outstanding federal warrant in the District of Minnesota. The offender failed to obtain approval from the Court or his probation officer prior to leaving the Eastern District of Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:　3/17/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]　The Issuance of a Warrant
[ ]　The Issuance of a Summons
[X]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　Defendant to appear before the Judge assigned to the case.
[ ]　Defendant to appear before the Magistrate Judge.
[ ]　Other

Signature of Judicial Officer

3/20/2017
Date